

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2025

No. 04-25-00012-CR

Caleb Amyr **ANKH-AMEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR3675
Honorable Jennifer Peña, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DISMISS** the appeal for lack of jurisdiction.

It is so **ORDERED** on April 23, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court